**Gary VANDEVENTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59217.**

Missouri Court of Appeals, Western District.

July 24, 2001.

Jeannie M. Willibey, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before LOWENSTEIN, P.J., ULRICH and HARDWICK, JJ.

### ORDER

PER CURIAM.

Gary Vandeventer appeals the denial of his Rule 29.15 motion without an evidentiary hearing. For reasons set forth in the memorandum provided to the parties, we affirm the motion court's order. Rule 84.16(b).